## KURATNIK v. ILLINOIS STEEL COMPANY.*

[No. 13,467.   Filed March 13, 1929.   Rehearing denied May 31, 1929.]

*D. P. Sevald* and *Fred Barnett*, for appellant.
*White & Wright, Knapp & Campbell* and *Joseph L. Earlywine*, for appellee.

LOCKYEAR, J.—Affirmed, on authority of *Inland Steel Co.* v. *Nan* (1925), 83 Ind. App. 673, 149 N. E. 576.

*Former appeals, 82 Ind. App. 366, 146 N. E. 216; 87 Ind. App. 357, 159 N. E. 693.

## SCHOONOVER v. CARPENTER CONSTRUCTION COMPANY.

[No. 13,398.   Filed March 8, 1929.   Rehearing denied June 20, 1929.]

*Emsley W. Johnson, Chester L. Zechiel* and *Samuel J. Offutt*, for appellant.
*Henderson & Henderson* and *Henry W. Moore*, for appellee.

PER CURIAM.—Affirmed, and ten per cent damages assessed.

### ON PETITION FOR REHEARING.

PER CURIAM.—There is merit in appellee's contention that appellant has failed to comply with Rule 29 with reference to filing petitions for rehearing, and therefore has failed to present any question for rehearing. However, after consideration, the court concludes to remit the penalty assessed against appellant in its decision.   With this modification the decision of the court affirming the judgment stands.